[No. 8833.]

## ROSS ET AL. V. COLORADO TITLE AND TRUST COMPANY.

*Error to Montrose District Court.* HON. T. J. BLACK, Judge.

Supersedeas Denied and Judgment Affirmed.

Mr. FRANK L. ROSS, for plaintiffs in error.

Messrs. CATLIN & BLAKE, for defendant in error.

*Per Curiam.* Department One.

Action for foreclosure of a deed of trust upon real estate, a receiver was appointed, etc. The amount of the indebtedness, including unpaid interest, default in the payment of taxes, etc., was admitted. Judgment was entered as prayed for. We have given the matter thorough consideration upon application for supersedeas and are of opinion that the points urged for reversal are without merit, for which reasons the supersedeas will be denied and the judgment affirmed.

*Supersedeas Denied and Judgment Affirmed.*

---

[No. 8848.]

## COUNTS V. BOTTKE ET AL.

*Error to Cheyenne District Court.* HON. J. E. LITTLE, Judge.

Mr. A. E. BOWE, for plaintiff in error.

Mr. M. W. PURCELL, for defendants in error.

*Per Curiam.* Department Three.

Application for supersedeas denied and judgment affirmed.